## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARVIN DRESSLER, | ) | 3:10-cv-753-RCJ (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 21, 2011 |
| BRUCE BANNISTER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for an Enlargement of Time to File Motion for Summary Judgment (Doc. #14). Good cause appearing,

Defendants' Motion for an Enlargement of Time to File Motion for Summary Judgment (Doc. #14) is **GRANTED**. The last day to file dispositive motions is extended to and including **Monday, August 29, 2011**. All other deadlines are extended accordingly.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:          /s/
          Deputy Clerk