UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| MARVIN DRESSLER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-CV-753-RCJ(WGC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| BRUCE BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (#35) entered on May 15, 2012, in which the Magistrate Judge recommends that the Defendants' Motion for Summary Judgment (#21) be granted. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#35); therefore, Defendants' Motion for Summary Judgment (#21) is GRANTED.

      IT IS SO ORDERED.

      DATED this 14<u>th</u> day of August, 2012.

                                            _____
                                            ROBERT C. JONES
                                            UNITED STATES DISTRICT JUDGE