UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| MARVIN DRESSLER, | ) | |
| Plaintiff, | ) | 3:10-CV-753-RCJ(WGC) |
| v. | ) | O R D E R |
| BRUCE BANNISTER, et al., | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (#35) entered on May 15, 2012, in which the Magistrate Judge recommends that the Defendants' Motion for Summary Judgment (#21) be granted. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

///
///
///
///
///
///

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#35); therefore, Defendants' Motion for Summary Judgment (#21) is GRANTED.

IT IS SO ORDERED.

DATED this 14th day of August, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE